**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| SCOTT LYNN JONES | CIVIL ACTION NO. 15-2494 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| N. BURL CAIN | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

The Court having considered the Report and Recommendation of the Magistrate Judge (Record Document 17), including written objections filed by Plaintiff Scott Lynn Jones ("Plaintiff"), and determining that the findings are correct under the applicable law,

**IT IS ORDERED** that Plaintiff's petition for writ of habeas corpus (Record Document 5) is **DENIED** and **DISMISSED WITH PREJUDICE**.

Furthermore, in accordance with Rule 11(a) of the Rules Governing Section 2254 proceedings for the United States District Courts, this Court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Unless a Circuit Justice or District Judge issues a certificate of appealability, an appeal may not be taken to the court of appeals.

In this instance, a certificate of appealability is **DENIED** because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 8th day of November, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT